UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

CamelBak Products, LLC
                Plaintiff,

v.                    Case No.: 1:20−cv−03947

                   Honorable Thomas M. Durkin

The Partnerships and Unincorporated Associations
Identified on Schedule "A"
                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 5, 2020:

  MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff's Motion for Entry of a Preliminary Injunction [19] is granted. Enter Preliminary Injunction Order. Plaintiff's oral motion to unseal Temporary Restraining Order [13] is granted. The Clerk's office is directed to unseal the Temporary Restraining Order [13]. Plaintiff's counsel is ordered to add ALL Defendant names listed in Schedule A to the docket within three business days. Instructions can be found on the court's websitewww.ilnd.uscourts.com/instructions. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.