IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CAMELBAK PRODUCTS, LLC,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Civil Action No.: 1:20-cv-03947

Judge Thomas M. Durkin

Magistrate Judge Susan E. Cox

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 130 | jiding |
| 310 | sunsnoww |
| 289 | annawawa |
| 314 | xiatianre |
| 292 | dirtegg |
| 293 | dongtianli |
| 313 | tuoxiezi |
| 311 | teawulong |
| 305 | pothos |
| 308 | shoesbuddy |
| 120 | galaxyy |
| 315 | xuezi |
| 309 | shoubag |
| 290 | bidashoes |
| 304 | memebiu |
| 307 | Serady |
| 302 | Lusta |
| 306 | qianbag |
| 297 | foxtotho |
| 295 | fairness01 |

| | |
|---|---|
| 299 | hotbuybuy |
| 119 | bearonly |
| 137 | Juiccy |
| 158 | globebestdeal |
| 185 | worldtrade100 |
| 152 | bettershopping360 |
| 179 | sellingplus100 |

DATED:  September 22, 2020                         Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 22, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt